

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>The Bon Morro, LLC<br><br>Debtor | Chapter 11<br>25-12379-CJP |

## PROCEEDING MEMORANDUM ANDORDER

**MATTERS:**

#133 Motion filed by Debtor The Bon Morro, LLC to Extend Time to Assume or Reject Lease of Non-Residential Property.

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS GRANTED.

Dated: 02/26/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge